IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No: 2:26-cr-61-RAH-CWB-1** |
| | ) | |
| **LADARIUS JEJUAN RUDOLPH** | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The defendant, Ladarius Jejuan Rudolph has by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count 1 of the Indictment (Doc. 1). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 20th day of August 2026.

**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** )
)
**v.** ) **Case No: 2:26-cr-61-RAH-CWB-1**
)
**LADARIUS JEJUAN RUDOLPH** )

## NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

If the defendant decides before trial to enter a plea of guilty, a magistrate judge with the consent of the defendant is authorized to conduct the proceedings required by Rule 11(b) of the Federal Rules of Criminal Procedure. If a magistrate judge conducts the proceedings and recommends that the assigned district judge accept the plea of guilty, the magistrate judge will order a presentence investigation and report pursuant to Rule 32. If the district judge adopts a recommendation that a plea of guilty be accepted, the district judge will schedule a sentencing hearing at which the district judge will decide whether to accept any plea agreement and will determine and impose sentence. The district judge may adjudicate the defendant's guilt at or before the sentencing hearing.

## CONSENT

I declare my intention to enter a plea of guilty in this case, and I consent to having a magistrate judge conduct the proceedings required by Fed. R. Crim. P. 11(b). I understand that if my plea of guilty is accepted by the district judge, the district judge will decide whether to accept any plea agreement I may have with the United States and will adjudicate me guilty and impose sentence.

Dated: 8-20-26

Defendant

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No: 2:26-cr-61-RAH-CWB-1** |
| | ) | |
| **LADARIUS JEJUAN RUDOLPH** | ) | |

**CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY**

I, **Ladarius Jejuan Rudolph,** consent to a presentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

Dated: 8-20-26 ______________________ [signature]
Defendant

Dated: 8/20/26 ______________________ [signature]
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No: 2:26-cr-61-RAH-CWB-1** |
| | ) | |
| **LADARIUS JEJUAN RUDOLPH** | ) | |

**NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION**

**Ladarius Jejuan Rudolph** has no objection to the Report and Recommendation issued by the Magistrate Judge on **August 20, 2026,** regarding the plea of guilty.

Dated: 8/20/24

[signature]
Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No: 2:26-cr-61-RAH-CWB-1** |
| | ) | |
| **LADARIUS JEJUAN RUDOLPH** | ) | |

**NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION**

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on **August 20, 2026,** regarding the plea of guilty.

Dated: 8/20/2026

Assistant United States Attorney